# EXHIBIT 2

## newterra inc

2248 Meridian Blvd
Suite H
Minden, NV, Nevada 89423
USA

## INVOICE

| | |
|---|---|
| Invoice No.: | 502850-2 |
| Date: | 05/31/2016 |
| Ship Date: | |
| Page: | 1 |
| Re: Order No. | 502850 |

Sold to:

Victory Energy Operations, LLC
Nancy Gaffney
10701 East 126th Street North
Collinsville, Oklahoma 74021

Ship to:

Grand River Energy Center
Unit 3
8142 Highway 412B
Chouteau, Oklahoma
74337

Business No.: 27-0113197

| Item No. | Unit | Quantity | Description | Tax | Base Price | Disc % | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| | ea | 1 | Deaerator System as described and outlined in Proposal #1502850R4 - Dated June 24, 2015<br><br>Customer PO# 28671<br><br>Payment Terms: | | 573,850.00 | | 573,850.00 | 573,850.00 |
| | ea | 1 | 25% Due Net 30 days from receipt of PO | | -143,462.50 | | -143,462.50 | -143,462.50 |
| | ea | 1 | 25% Due Net 30 days from receipt of drawings | | -143,462.50 | | -143,462.50 | -143,462.50 |
| | ea | 1 | 25% Due Net 30 days from major materials received at factory<br><br>25% Due Net 30 days from notice of readiness to ship | | -143,462.50 | | -143,462.50 | -143,462.50 |
| | ea | 1 | Change Order: Remove Fisher Control Valve<br>-Remove two cast iorn isolation gate valves<br>-Remove one cast iron bypass globe valve<br>-Remove piping and assembly | | -24,850.00 | | -24,850.00 | -24,850.00 |
| | | | Subtotal: | | | | | 118,612.50 |

Shipped By:        Tracking Number:
Terms: Net 30. Due 06/30/2016.
Comment:

Sold By:

| | |
|---|---|
| Total Amount | 118,612.50 |

EXHIBIT 2